IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00390-PSF-MEH

SHERRY SEEVER,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC., a Georgia corporation,

    Defendant.

---

## ORDER OF DISMISSAL

---

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice (Dkt. # 15) pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: July 17, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge